# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHEVRON U.S.A., INC., | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-17-1549 |
| RONALD GUAJARDO, *et al.*, | § § § | |
| Defendants. | § | |

## TEMPORARY RESTRAINING ORDER

The plaintiff, Chevron U.S.A., Inc., filed an application for a temporary restraining order. (Docket Entry No. 1). For the reasons stated in the court's Memorandum and Opinion of today's date, the application is granted.

Until June 7, 2017, or the court issues a further order, whichever occurs earlier, Mr. Guajardo is enjoined from:

   a. distributing, transferring, disclosing, selling, publishing, or describing the confidential information and trade secrets to any person or entity;

   b. copying, printing, modifying, or using the confidential and trade secret information in any way; and from opening or viewing the electronic files on any device or electronic storage platform or hard copy.

A hearing will be held on **May 30, 2017** at 9:30 a.m in Courtroom 11-B. Chevron must post a $1,000 bond under FED. R. CIV. P. 65(c).

SIGNED on May 24, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge